```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CRIMINAL NO. 12-50008-010              USA v. GREGORIO CARRANZA

COURT PERSONNEL:                       APPEARANCES:

Judge: JIMM LARRY HENDREN              Govt. CLAY FOWLKES

Clerk: GAIL GARNER                     Deft. TERRY HARPER

Reporter: THERESA SAWYER

### SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 and 3553(e) - granted and 2-level departure awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    48 months imprisonment; 3 years supervised release; $10,000.00 fine - interest waived.

Criminal No. 12-50008-010

```
(X)   Defendant ordered to comply with standard conditions
      of supervised release.
(X)   Defendant ordered to comply with the following special
      conditions of supervised release:

      Submit to inpatient/outpatient drug abuse testing/
      treatment as directed by USPO.

      Submit person, residence, vehicle, and place of
      employment to search upon request by USPO.

(X)   Defendant ordered to pay total special assessment of
      $100.00 for Count 1, which shall be due immediately.
(X)   Defendant advised of right to appeal sentence imposed.
(X)   Defendant advised of right to apply for leave to appeal
      in forma pauperis.
(X)   Government moves to dismiss Count 1 of the indictment and
      the forfeiture allegation - granted.
(X)   Defendant remanded to custody of USMS.
```

DATE: November 28, 2012           Proceeding began: 11:22 am

                                             ended: 12:13 pm